ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                    :

            -v-                             :        **SEALED**

NARCISA VELIZ NOVACK,                       :        INDICTMENT
 a/k/a "Narcy Novack,"
CRISTOBAL VELIZ,                            :        10 Cr. 602
DENIS RAMIREZ, and
JOEL GONZALEZ,                             :

                Defendants.                 :

- - - - - - - - - - - - - - - - - - - -x

## COUNT ONE

### (Conspiracy to Commit Interstate Domestic Violence and Stalking)

The Grand Jury charges:

### Introduction

1.   At all times relevant to this Indictment, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, was married to Ben Novack, and the two lived in Fort Lauderdale, Florida.

2.   At all times relevant to this Indictment, CRISTOBAL VELIZ, the defendant, was the brother of NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant.

3.   At all times relevant to this Indictment, the maternal grandfather of the children of DENIS RAMIREZ, the defendant, was CRISTOBAL VELIZ, the defendant.

4.   At all times relevant to this Indictment, JOEL GONZALEZ, the defendant, was a Florida resident.

5.   At all times relevant to this Indictment, Ben Novack owned and operated Novack Enterprises, Inc., doing business as Convention Concepts Unlimited, a company which organized and oversaw conventions held by various businesses.

6.   Novack Enterprises, Inc., organized and oversaw an Amway convention at the Hilton Rye Town in Rye Brook, New York. The convention took place from July 9 through July 12, 2009.

7.   On the morning of July 12, 2009, Ben Novack was found dead in his hotel suite at the Hilton Rye Town.

## The Conspiracy

8.   From in or about June 2009 through July 12, 2009, in the Southern District of New York and elsewhere, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," CRISTOBAL VELIZ, DENIS RAMIREZ, and JOEL GONZALEZ, the defendants, together with others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate and agree together and with each other to commit offenses against the United States, to wit, interstate domestic violence and stalking, in violation of Title 18, United States Code, Sections 2261(a)(1) and 2261A(1),(2)(A)&(B).

## Objects of the Conspiracy

9.   It was a part and object of the conspiracy that the conspirators would and did travel in interstate commerce with the intent to kill, injure, harass, and intimidate a spouse, to wit, Ben Novack, the spouse of NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, and in the course of and as a result of such travel, commit and attempt to commit a crime of violence against that spouse, which resulted in the death of that spouse, in violation of Title 18, United States Code, Section 2261(a)(1).

10.   It was a further part and object of the conspiracy that the conspirators would and did:  a) travel in

2

interstate commerce with the intent to kill, injure, and harass another person, to wit, Ben Novack, and in the course of, and as a result of, such travel place that person in reasonable fear of the death of, and serious bodily injury to, and cause substantial emotional distress to that person; and b) with the intent to kill, injure, and harass a person in another State, to wit, Ben Novack, and place a person in another State in reasonable fear of the death of, and serious bodily injury to that person use a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to that person and placed that person in reasonable fear of the death of, and serious bodily injury to, that person, and resulted in the death of that person, in violation of Title 18, United States Code, Sections 2261A(1),(2)(A)&(B).

## Overt Acts

11.  In furtherance of the conspiracy and to effect its illegal objects, the following overt acts, among others, were committed and caused to be committed, in the Southern District of New York and elsewhere:

a.  On or about July 2, 2009, CRISTOBAL VELIZ, the defendant, and other co-conspirators drove from southern Florida to New York.

b.  On or about July 7, 2009, CRISTOBAL VELIZ, the defendant, and other co-conspirators drove from southern Florida to New York.

c.  On or about July 10, 2009, JOEL GONZALEZ, the defendant, and a co-conspirator not named as a defendant herein ("CC-1") scouted the Hilton Rye Town in preparation for the attack upon Ben Novack.

d.  On or about July 12, 2009, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, called CRISTOBAL VELIZ, the defendant, via cellphone.

e.  On or about July 12, 2009, DENIS RAMIREZ, the defendant, drove JOEL GONZALEZ, the defendant, and CC-1 to the Hilton Rye Town.

f.  On or about July 12, 2009, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, opened the door to her suite at the Hilton Rye Town so that JOEL GONZALEZ, the defendant, and CC-1 could gain access to the suite and to her husband, Ben Novack.

g.  On or about July 12, 2009, JOEL GONZALEZ, the defendant, and CC-1 beat, cut, and bound Ben Novack in his suite at the Hilton Rye Town.

h.  On or about July 12, 2009, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, gave JOEL GONZALEZ, the defendant, and CC-1 a pillow to place over the face of her husband, Ben Novack, as he was being assaulted.

i.  On or about July 12, 2009, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, transferred to JOEL GONZALEZ, the defendant, and CC-1 a jeweled bracelet that

4

belonged to Ben Novack.

(Title 18, United States Code, Section 371)

## COUNT TWO

### (Interstate Domestic Violence)

The Grand Jury further charges:

12.    The allegations of paragraphs 1 through 7, and 11 of this Indictment are hereby incorporated in this Count as though fully set forth herein.

13.    From in or about June 2009 through July 12, 2009, in the Southern District of New York and elsewhere, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," CRISTOBAL VELIZ, DENIS RAMIREZ, and JOEL GONZALEZ, the defendants, unlawfully, willfully, and knowingly traveled in interstate commerce with the intent to kill, injure, harass, and intimidate a spouse, to wit, Ben Novack, the spouse of NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, and in the course of and as a result of such travel, committed and attempted to commit a crime of violence against that spouse, which resulted in the death of that spouse.

(Title 18, United States Code, Sections 2261(a)(1) and 2)

## COUNT THREE

### (Stalking)

The Grand Jury further charges:

14.    The allegations of paragraphs 1 through 7 and 11 of this Indictment are hereby incorporated in this Count as though fully set forth herein.

15.    From in or about June 2009 through July 12, 2009,

in the Southern District of New York and elsewhere, NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," CRISTOBAL VELIZ, DENIS RAMIREZ, and JOEL GONZALEZ, the defendants, unlawfully, willfully, and knowingly a) traveled in interstate commerce with the intent to kill, injure, and harass another person, to wit, Ben Novack, the spouse of NARCISA VELIZ NOVACK, a/k/a "Narcy Novack," the defendant, and in the course of, and as a result of, such travel placed that person in reasonable fear of the death of, and serious bodily injury to, and caused substantial emotional distress to that person; and b) with the intent to kill, injure, and harass a person in another State and place a person in another State in reasonable fear of the death of, and serious bodily injury to that person used a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to that person and placed that person in reasonable fear of the death of, and serious bodily injury to, that person, and resulted in the death of that person.

(Title 18, United States Code, Sections 2261A(1),(2)(A)&(B), and 2)

FOREPERSON

PREET BHARARA
United States Attorney

6